**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINIOS**

| | | |
|---|---|---|
| In re:  JONATHAN PADILLA | § | Case No. 18-81217 |
| JAMIE PADILLA | § | |
| | § | |
| Debtor(s) | § | |

**CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT**

Lydia S. Meyer, Chapter 13 Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C § 1302(b)(1).  The Trustee declares as follows:

1) The case was filed on 06/06/2018.

2) The plan was confirmed on NA.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C § 1329 on NA.

4) The Trustee filed action to remedy default by the debtor(s) in performance under the plan on NA.

5) The case was dismissed on 08/30/2018.

6) Number of months from filing or conversion to last payment: 2.

7) Number of months case was pending: 5.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: $0.00.

10) Amount of unsecured claims discharged without full payment: $0.00.

11) All checks distributed by the Trustee relating to this case have cleared the bank.

UST Form 101-13-FR-S (9/1/2009)

| Receipts: | | |
|---|---|---|
| Total paid by or on behalf of the debtor(s) | $ 500.00 | |
| Less amount refunded to debtor(s) | $ 0.00 | |
| **NET RECEIPTS** | | $ 500.00 |

| Expenses of Administration: | | |
|---|---|---|
| Attorney's Fees Paid Through the Plan | $ 463.25 | |
| Court Costs | $ 0.00 | |
| Trustee Expenses & Compensation | $ 36.75 | |
| Other | $ 0.00 | |
| **TOTAL EXPENSES OF ADMINISTRATION** | | $ 500.00 |
| Attorney fees paid and disclosed by debtor(s): | $ 0.00 | |

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| ERIC PRATT LAW FIRM P.C. | Lgl | 4,000.00 | 2,500.00 | 2,500.00 | 463.25 | 0.00 |
| ARVEST CENTRAL MORTGAGE | Sec | 0.00 | 2,035.80 | 2,035.80 | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE | Pri | 1,500.00 | 1,579.34 | 1,579.34 | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE | Uns | 0.00 | 1.41 | 1.41 | 0.00 | 0.00 |
| A/R CONCEPTS | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| ADVANTIS CREDIT UNION | Uns | 15,018.00 | 6,830.03 | 6,830.03 | 0.00 | 0.00 |
| ADVOCATE GOOD SHEPHERD | Uns | 23,500.00 | NA | NA | 0.00 | 0.00 |
| ADVOCATE LUTHERAN | Uns | 210.00 | NA | NA | 0.00 | 0.00 |
| ALLY BANK | Uns | 7,812.00 | 7,812.44 | 7,812.44 | 0.00 | 0.00 |
| PORTFOLIO RECOVERY | Uns | 9,278.00 | 9,278.58 | 9,278.58 | 0.00 | 0.00 |
| BARRINGTON FAMILY | Uns | 260.00 | NA | NA | 0.00 | 0.00 |
| BEST EGG / SST | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| BEST PRACTICES INPATIENT CARE | Uns | 769.00 | NA | NA | 0.00 | 0.00 |
| PORTFOLIO RECOVERY | Uns | 0.00 | 1,967.05 | 1,967.05 | 0.00 | 0.00 |
| BRIGHT LIGHT RADIOLOGY | Uns | 400.00 | NA | NA | 0.00 | 0.00 |
| CAPITAL ONE BANK USA NA | Uns | 4,385.00 | 4,385.68 | 4,385.68 | 0.00 | 0.00 |
| CAPITAL ONE BANK USA NA | Uns | 3,010.00 | 3,010.05 | 3,010.05 | 0.00 | 0.00 |
| PORTFOLIO RECOVERY | Uns | 2,570.00 | 2,570.62 | 2,570.62 | 0.00 | 0.00 |

UST Form 101-13-FR-S (9/1/2009)

## Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| CHASE BANK | Uns | 500.00 | NA | NA | 0.00 | 0.00 |
| BARON'S CREDITOR SERVICE | Uns | 725.00 | 1,289.83 | 1,289.83 | 0.00 | 0.00 |
| COMENITY BANK / TORRID | Uns | 2,572.00 | NA | NA | 0.00 | 0.00 |
| COMENITYCB / SIMPLYBE | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| COMPREHENSIVE UROLOGIC CARE | Uns | 1,350.00 | NA | NA | 0.00 | 0.00 |
| RESURGENT CAPITAL SERVICES | Uns | 0.00 | 1,350.89 | 1,350.89 | 0.00 | 0.00 |
| DEPARTMENT STORE NATIONAL | Uns | 1,652.00 | 1,652.85 | 1,652.85 | 0.00 | 0.00 |
| EDC / CSM CORPORATION | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| FED LOAN SERV | Uns | 15,600.00 | NA | NA | 0.00 | 0.00 |
| GRANT & WEBER INC | Uns | 612.00 | NA | NA | 0.00 | 0.00 |
| INTEGRATED IMAGING | Uns | 650.00 | NA | NA | 0.00 | 0.00 |
| JEFFERSON CAPITAL SYSTEMS LLC | Uns | 638.00 | 639.42 | 639.42 | 0.00 | 0.00 |
| KAY JEWELERS | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| BECKET & LEE LLP | Uns | 1,025.00 | 1,025.34 | 1,025.34 | 0.00 | 0.00 |
| LENDINGCLUB CORPORATION | Uns | 16,768.00 | 16,768.36 | 16,768.36 | 0.00 | 0.00 |
| RESURGENT CAPITAL SERVICES, LP | Uns | 2,653.00 | 2,653.41 | 2,653.41 | 0.00 | 0.00 |
| MEDICAL BUSINESS BUREAU LLC | Uns | 1,600.00 | NA | NA | 0.00 | 0.00 |
| MERCHANTS CREDIT GUIDE | Uns | 580.00 | NA | NA | 0.00 | 0.00 |
| RESURGENT CAPITAL SERVICES | Uns | 2,242.00 | 2,242.41 | 2,242.41 | 0.00 | 0.00 |
| MIDLAND CREDIT MANAGEMENT | Uns | 2,761.00 | 2,760.59 | 2,760.59 | 0.00 | 0.00 |
| MIDLAND FUNDING | Uns | 683.00 | NA | NA | 0.00 | 0.00 |
| MIDWEST DIAGNOSTICS | Uns | 140.00 | NA | NA | 0.00 | 0.00 |
| PORTFOLIO RECOV ASSOC | Uns | 1,256.00 | NA | NA | 0.00 | 0.00 |
| PORTFOLIO RECOV ASSOC | Uns | 997.00 | NA | NA | 0.00 | 0.00 |
| PORTFOLIO RECOV ASSOC | Uns | 826.00 | NA | NA | 0.00 | 0.00 |
| PORTFOLIO RECOV ASSOC | Uns | 490.00 | NA | NA | 0.00 | 0.00 |
| SHARYL BALKIN | Uns | 410.00 | NA | NA | 0.00 | 0.00 |
| SNOW & SAUER | Uns | 804.00 | NA | NA | 0.00 | 0.00 |
| SNOW & SAUUERTEIG | Uns | 800.00 | NA | NA | 0.00 | 0.00 |
| PORTFOLIO RECOVERY | Uns | 0.00 | 996.94 | 996.94 | 0.00 | 0.00 |
| MIDLAND CREDIT MANAGEMENT | Uns | 0.00 | 682.54 | 682.54 | 0.00 | 0.00 |
| PORTFOLIO RECOVERY | Uns | 0.00 | 489.55 | 489.55 | 0.00 | 0.00 |
| PORTFOLIO RECOVERY | Uns | 0.00 | 826.30 | 826.30 | 0.00 | 0.00 |
| PORTFOLIO RECOVERY | Uns | 0.00 | 1,256.10 | 1,256.10 | 0.00 | 0.00 |
| TD BANK USA, N.A. | Uns | 2,127.00 | 2,127.92 | 2,127.92 | 0.00 | 0.00 |

Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| UNITUS COMMUNITY CREDIT | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| WEBBANK / FINGERHUT | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| QUANTUM3 GROUP LLC as agent for | Uns | 0.00 | 2,572.90 | 2,572.90 | 0.00 | 0.00 |

UST Form 101-13-FR-S (9/1/2009)

| Summary of Disbursements to Creditors: | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $ 0.00 | $ 0.00 | $ 0.00 |
| Mortgage Arrearage | $ 0.00 | $ 0.00 | $ 0.00 |
| Debt Secured by Vehicle | $ 0.00 | $ 0.00 | $ 0.00 |
| All Other Secured | $ 2,035.80 | $ 0.00 | $ 0.00 |
| **TOTAL SECURED:** | $ 2,035.80 | $ 0.00 | $ 0.00 |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $ 0.00 | $ 0.00 | $ 0.00 |
| Domestic Support Ongoing | $ 0.00 | $ 0.00 | $ 0.00 |
| All Other Priority | $ 1,579.34 | $ 0.00 | $ 0.00 |
| **TOTAL PRIORITY:** | $ 1,579.34 | $ 0.00 | $ 0.00 |
| **GENERAL UNSECURED PAYMENTS:** | $ 75,191.21 | $ 0.00 | $ 0.00 |

**Disbursements:**

| | | |
|---|---|---|
| Expenses of Administration | $ 500.00 | |
| Disbursements to Creditors | $ 0.00 | |
| **TOTAL DISBURSEMENTS:** | | $ 500.00 |

UST Form 101-13-FR-S (9/1/2009)

      12) The Trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the Trustee is responsible have been completed. The Trustee requests a final decree be entered that discharges the Trustee and grants such other relief as may be just and proper.

Date: 11/15/2018          By: /s/ Lydia S. Meyer
                                Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.